# Exhibit A

Case 4:16-cv-00087-WTM-GRS   Document 1-1   Filed 04/08/16   Page 1 of 3

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ROBBIE KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: STCV1600288 |
| | ) | |
| CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

COMES NOW Plaintiff and files Sheriff's Entry of Service showing Defendant China Shipping (North America) Agency Co., Inc. was served on March 10, 2016.

This 21st day of March, 2016.

Brent J. Savage
Georgia Bar No. 627450
Joshua H. Dorminy
Georgia Bar No. 822360

SAVAGE, TURNER & PINCKNEY
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

Pts. 62273

| | |
|---|---|
| Superior Court ____ | Magistrate Court ____ |
| State Court  X | Probate Court ____ |
| Juvenile Court ____ | |

Civil Action No. STCV1600238

Date Filed 2/26/16

2016 ... 21 AM 11:53

Georgia, Chatham COUNTY

**Attorney's Address**
Brent J. Savage
Savage & Turner, P. C.
Post Office Box 10600
Savannah, GA 31412

ROBBIE KNIGHT

_____ Plaintiff

Vs.

CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC.

_____ Defendant

**Name and Address of Party to Be Served**
China Shipping (North America) Agency Co., Inc.
c/o Corporation Service Agency, Reg. Agent
40 Technology Parkway, South #300
Norcross, GA 30092

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

____ I have this day served the defendant _____ personally with a copy the within action and summons

____ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County
Delivered same into hands of _____ described as follows
age, about ____ years; weight ____ pounds, height, about ____ feet and ____ inches, domiciled at the residence of defendant

✓ Served the defendant China Shipping (North America) Agency Co., a corporation
by leaving a copy of the within action and summons with Alisha Smith, R.A.
in charge of the office and place of doing business of said Corporation in this County

____ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons

____ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court

This 10 day of Mar 2016

J. Bowen J. Bowen 50333
DEPUTY

SHERIFF DOCKET _____ PAGE _____

SC-2 Rev 85