**Exhibit B**

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KIRK DEWEESE, )
    Plaintiff, )
  )
v. ) Civil Action No: STCV06-00147-CO
  )
GEORGIA PORTS AUTHORITY, )
    Defendant. )

### JURY VERDICT

CHECK ONE BOX:

__✓__ 1. We, the jury, find in favor of (Kirk Deweese) and against the Georgia Ports Authority.

_____ 2. We, the jury, find in favor of the Georgia Ports Authority.

If you checked #1 above, complete the following:

__100 %__ % negligence of the (Georgia Ports Authority)

_____ % negligence of Kirk Deweese

If you checked #1 above, also complete the following:

$ __87,759.95__ Medical expenses
$ __651,000.__ Past lost wages
$ __1,674,000.__ Future lost wages
$ __3,250,000.__ Pain and suffering
$ __5,662,759.95__ TOTAL

_Kelly H. Gordon_        5/10/12
Foreperson        Date

Kelly H. Gordon