**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| ROBBIE KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. ____________ |
| | ) | |
| CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO ATTORNEY OF REMOVAL**

TO:

Brent J. Savage
Joshua H. Dorminy
Savage, Turner & Pinckney
Post Office Box 10600
Savannah, Georgia 31412

Notice is hereby given that Defendant China Shipping (North America) Agency Co., Inc., filed in the United States District Court for the Southern District of Georgia, Savannah Division, its Notice of Removal of the case styled as *Robbie Knight v. China Shipping (North America) Agency Co., Inc.*, Case No. STCV1600288, from the State Court of Chatham County, Georgia, to the United States District Court for the Southern District of Georgia, Savannah Division.

This 8th day of April, 2016.

Respectfully submitted,
HUNTER, MACLEAN, EXLEY & DUNN, P.C.

/s/ Colin A. McRae

Colin A. McRae
Georgia Bar No. 499045
Heather H. Lundy
Georgia Bar No. 741021
*Attorney for Defendant China Shipping (North America) Agency Co., Inc.*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cmcrae@huntermaclean.com
hlundy@huntermaclean.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| ROBBIE KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. ________________ |
| | ) | |
| CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO ATTORNEY OF REMOVAL** upon all parties to this matter by upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, properly addressed and by using the CM/ECF system which will send a notice of electronic filing to the following:

Brent J. Savage
Joshua H. Dorminy
Savage, Turner & Pinckney
Post Office Box 10600
Savannah, Georgia 31412

This 8th day of April, 2016.

Respectfully submitted,
HUNTER, MACLEAN, EXLEY & DUNN, P.C.

/s/ Colin A. McRae

Colin A. McRae
Georgia Bar No. 499045
*Attorney for Defendant China Shipping (North America) Agency Co., Inc.*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cmcrae@huntermaclean.com