**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **ROBBIE KNIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| | ) | **4:16-CV-00087-WTM-GRS** |
| **CHINA SHIPPING (NORTH AMERICA)** | ) | |
| **AGENCY CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing, and sent to the following:

Colin A. McRae, Esq.
Hunter, Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
cmcrae@huntermaclean.com

This 6th day of June, 2016.

*/s/ Brent J. Savage, Jr.*
Brent J. Savage
Georgia Bar No. 627450
Brent J. Savage, Jr.
Georgia Bar No. 940349
Attorney for Plaintiff

SAVAGE, TURNER & PINCKNEY
P.O. Box 10600
Savannah, GA 31412
(912) 231-1140