FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN -8 PM 3: 01

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROBBIE KNIGHT | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.: 4:16-CV-00087-WTM-GRS |
| CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC. | ) |
| Defendant. | ) |

## ORDER ON CONSENT MOTION
## FOR SUBSTITUTION OF PARTIES

The Parties having jointly moved under Federal Rules of Civil Procedure 15, 17, 19 and 21 to a substitution of China Shipping Container Lines Co., Limited into the case as Party-Defendant, in place of currently-named Defendant China Shipping (North America) Agency Co., Inc., and the Parties having further consented to a dismissal without prejudice of China Shipping (North America) Agency Co., Inc. without prejudice, as part of that substitution of parties.

IT IS HEREBY ORDERED that China Shipping Container Lines Co., Limited is hereby added as a Party-Defendant in the above-styled matter, and China Shipping (North America) Agency Co., Inc. is hereby dismissed without prejudice under Federal Rules of Civil Procedure 15, 17, 19 and 21. Plaintiff is given leave and hereby ordered to file an amended Complaint naming China Shipping Lines Co., Limited as the party-defendant within ten (10) days of the date of this Order.

SO ORDERED this 8th day of June, 2016.

Magistrate Judge, United States District Court
For the Southern District of Georgia

**(CONSENT PROVIDED ON THE FOLLOWING PAGE)**

1062278-2

Requested and Consented to this 6th day of June, 2016.

FOR THE DEFENDANT CHINA SHIPPING LINES CO., LIMITED:

Hunter, Maclean, Exley & Dunn

/s/ Colin A. McRae
Colin A. McRae
Georgia State Bar No. 499045
Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261
(912) 236-4936 Fax
cmcrae@huntermaclean.com


FOR PLAINTIFF ROBBIE KNIGHT:

Savage Turner & Pinckney

/s/ Brent J. Savage, Jr.
Brent J. Savage, Jr.
Georgia State Bar No. 627450
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140
brentsavagejr@savagelawfirm.net


Order Prepared By:

Colin A. McRae
Georgia Bar No. 499045
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412
(912) 236-0261 Telephone
(912) 236-4936 Facsimile
cmcrae@huntermaclean.com