IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 FEB 27 PM 12:40
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ROBBIE KNIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV416-087 |
| ) | |
| CHINA SHIPPING CONTAINER ) | |
| LINES COMPANY, LIMITED, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Joint Consent Motion for Dismissal With Prejudice. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of February 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA